UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROLAND THOMAS KOCH,

    Plaintiff,

    v.

SACRAMENTO COUNTY, et al.,

    Defendants.

No. 2:23-cv-0701 DB P

ORDER

    Plaintiff, a former state prisoner[1] proceeding without counsel, filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not paid the required filing fee of $350.00 plus the $52.00 administrative fee nor has he filed an application to proceed in forma pauperis. See 28 U.S.C. §§ 1914(a) & 1915(a). Plaintiff will be granted thirty days to pay the filing fee in full or submit a properly completed application to proceed in forma pauperis.

    In accordance with the above, IT IS HEREBY ORDERED that:

    1. Plaintiff shall submit, within thirty days from the date of this order, either the $350.00 filing fee plus the $52.00 administrative fee or a properly completed application to proceed in forma pauperis; plaintiff is cautioned that failure to comply with this order or seek an extension of time to do so will result in dismissal of this action without prejudice; and

---

[1] Based on the address listed on the complaint, plaintiff was released from custody prior to filing this suit.

1

2. The Clerk of the Court is directed to send plaintiff a form Application to Proceed In Forma Pauperis for use in a civil rights action.

Dated: August 14, 2023

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB7
koch0701.3a.db.new