UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROLAND THOMAS KOCH,

Plaintiff,

v.

SACRAMENTO COUNTY, et al.,

Defendants.

No. 2:23-cv-00701-TLN-DB

**ORDER**

Plaintiff, proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 18, 2024, the magistrate judge filed findings and recommendations herein which were served on Plaintiff, and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days.  (ECF No. 12.)  Plaintiff has filed objections to the findings and recommendations.  (ECF No. 13.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

////

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations, filed on March 18, 2024 (ECF No. 12), are ADOPTED IN FULL;
2. Plaintiff's Second Amended Complaint (ECF No. 11) is DISMISSED without leave to amend; and
3. The Clerk of Court is directed to close this case.

Date: May 15, 2024

Troy L. Nunley
United States District Judge